# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) | Case No. 22-mj-00178-JPO |
| OSCAR DURON-DE LUNA | ) | |
| a/k/a Oscar Duron; Oscar de Luna; Carlos Carbajal; Eduardo Diaz; Tomas Duron-De Luna; Oscar Duron Munos; Saul Miranda; Juan Gonzalez-Solis | ) ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about September 6, 2021, in the State and District of Colorado, Oscar DURON-De Luna, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about April 14, 2021, and without the express consent of the proper legal authority to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

*Code Section*  
8 U.S.C. § 1326(a), (b)(2)

*Offense Description*  
Illegal Re-entry After Deportation

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

**X** Continued on attached sheet.

*s/Shawna Weir*  
*Complainant's signature*

Shawna Weir, Deportation Officer, ICE  
*Printed name and title*

Sworn to before me and: ☐ signed in my presence.  
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: October 26, 2022

*Judge's signature*

City and state: Denver, CO

Magistrate Judge James P. O'Hara  
*Printed name and title*