| | |
|---|---|
| DEFENDANT: | Oscar DURON-De Luna |
| YOB: | May 11, 1984 |
| OFFENSE(S): | **Count 1**: 8 U.S.C. § 1326(a),(b)(2) — Illegal Re-entry After Deportation Subsequent to an Aggravated Felony |
| LOCATION OF OFFENSES: | Denver County, Colorado |

PENALTIES: **Count 1**:

- If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee.

- If the enhanced penalty under (b)(2) applies, NMT 20 years imprisonment; NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee.

| | |
|---|---|
| AGENT: | Shawna Weir<br>Deportation Officer, ICE |
| AUTHORIZED BY: | Albert Buchman<br>Assistant United States Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less        _____ over five days

THE GOVERNMENT

 x  **will** seek detention in this case based pursuant to 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention **is not** applicable to this defendant.