DEFENDANT:         Oscar DURON-De Luna

YOB:               May 11, 1984

OFFENSE(S):        **Count 1**: 8 U.S.C. § 1326(a),(b)(2) — Illegal Re-entry After Deportation Subsequent to an Aggravated Felony

LOCATION OF
OFFENSES:          Denver County, Colorado

PENALTIES:         **Count 1**:

- If the enhanced penalty does not apply, NMT 2 years imprisonment, NMT $250,000 fine or both; NMT 1 year supervised release; $100 Special Assessment fee.

- If the enhanced penalty under (b)(2) applies, NMT 20 years imprisonment; NMT $250,000 or both; NMT 3 years supervised release; $100 Special Assessment fee.

AGENT:             Shawna Weir
                   Deportation Officer, ICE

AUTHORIZED        Albert Buchman
BY:                Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less     ____ over five days

THE GOVERNMENT

 x  **will** seek detention in this case based pursuant to 18 U.S.C. § 3142(f)(2).

The statutory presumption of detention **is not** applicable to this defendant.

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR A CRIMINAL COMPLAINT**

I, Shawna Weir, Deportation Officer (DO) with the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), being duly sworn, depose and state under penalty of perjury that the following is true to the best of my information, knowledge and belief.

1. I am a DO with ICE and have been employed in this position since August 2014. I previously held the title of Immigration Enforcement Agent (IEA) from April 2007 until August 2014. I successfully completed the Immigration Officer Basic Training Course (ICE-D) at the Federal Law Enforcement Training Center (FLETC) in Brunswick, Georgia in August 2007. As a DO with ICE, I am currently assigned to the ERO Criminal Prosecutions (ECP) Unit at the Denver Field Office and have been since March 2018. As a DO, I am charged with enforcing the immigration and nationality laws of the United States. In support of these duties, I am regularly tasked with locating and apprehending individuals determined, through the course of my investigation, to be unlawfully present and removable from the United States and also amenable to federal criminal charges.

2. This affidavit is provided in support of an application for a criminal complaint and arrest warrant for Oscar DURON-De Luna. I submit that, based on the facts set forth below, there is probable cause to believe that Oscar DURON-De Luna has engaged in illegal reentry, in violation of Title 8 United States Code (U.S.C.) § 1326(a) and (b)(2). I further submit as evidence of illegal reentry, that Oscar DURON-De Luna is presently in the custody of the United States Marshals Service in Denver, Colorado.

3. I have reviewed immigration records related to Oscar DURON-De Luna. In particular, from those records, I have determined that Oscar DURON-De Luna is a native and citizen of Mexico. Oscar DURON-De Luna originally entered the United States on or about April 15,

1987, at or near Calexico, California. Oscar DURON-De Luna was ordered removed by an immigration judge in Aurora, Colorado on April 9, 2013, under A# 205 573 119, and was removed to Mexico on April 23, 2013, through Brownsville, Texas. Oscar DURON-De Luna illegally re-entered the United States on or about August 20, 2013, at or near Calexico, California. Oscar DURON-De Luna was apprehended by ICE and served with a Notice of Intent/Decision to Reinstate his Prior Order of Removal on July 11, 2014, at Centennial, Colorado. Oscar DURON-De Luna was removed to Mexico a second time on January 30, 2015, through Brownsville, Texas. Oscar DURON-De Luna illegally re-entered the United States sometime on or after that date at an unknown location. He was apprehended by ICE and served with a Notice of Intent/Decision to Reinstate his Prior Order of Removal on April 14, 2021, at Adelanto, California, and removed to Mexico for a third time the same day through San Ysidro, California. Oscar DURON-De Luna illegally re-entered the United States sometime on or after April 14, 2021, at an unknown location.

3. Oscar DURON- DeLuna was encountered by Immigration and Customs Enforcement (ICE) on September 6, 2021, after being arrested and detained by the Aurora Police Department, in Aurora, Colorado, for Aggravated Motor Vehicle Theft. Biometric information received positively matched "Oscar DURON-De Luna, a criminal alien who had been previously removed from the Unites States to Mexico. Additional record checks revealed DURON was not in possession of any valid immigration documents that would allow him to enter or remain in the United States legally. DURON was released before ICE could place a detainer or take any action. On December 6, 2021, Oscar DURON-De Luna was arrested by the United States Marshals Colorado Violent Offender Taskforce in Denver, Colorado on multiple outstanding warrants.

4.      On December 16, 2021, I was able to obtain fingerprint impressions taken from Oscar DURON-De Luna during his arrest on December 6, 2021, by the U.S. Marshals.  These prints were then compared with the executed I-205 verifying his removal from the United States on April 14, 2021.  These prints were determined to be a match.  Furthermore, no evidence of any lawful entry could be found for Oscar DURON-De Luna subsequent to his last removal on April 14, 2021. There is no evidence in Oscar DURON-De Luna's records that he has received consent from the proper legal authority to reapply for admission to the United States.

5.      This crime was originally indicted in District of Colorado 22-cr-00018. On October 25, 2022, Judge Regina Rodriguez dismissed the case due to a speedy trial violation but without prejudice to the government's reindicting the case.

6.      On June 5, 2017, Oscar DURON-De Luna was convicted in the District Court of Colorado, Jefferson County, for the offenses of: (#3) Aggravated Motor Vehicle Theft in the First Degree-Less Than $20,000, a Class 5 Felony in violation of Colorado Revised Statute (C.R.S.) 18-4-409 (2), (3)(a); (#6) Gathering Identity Information by Deception, a Class 5 Felony in violation of C.R.S. 18-5-904; (#7) Criminal Mischief Under $300, a Class 3 Misdemeanor in violation of C.R.S. 18-4-501(1), (4) (a); (#8) Throwing Missiles at Vehicles, a Class 1 Petty Offense in violation of 18-9-116(1); and (#9) Resisting Arrest, a Class 2 Misdemeanor in violation of C.R.S. 18-8-103, for which he was sentenced to a term of four years confinement in the Colorado department of Corrections (counts 3 and 6), six months confinement (counts 7 and 8) and three months confinement (count 9), to be served concurrently. Case No. 2016CR1820

7.       On April 13, 2017, Oscar DURON-De Luna was convicted in the Colorado District Court, Denver County, for the offense of Forgery-Public Record/Filed with Public Office, a

Class 5 Felony in violation of C.R.S. 18-5-102(1)(d), for which he was sentenced to a term of four years community corrections. Case No. 2016CR296

8. On April 13, 2017, Oscar DURON-De Luna was convicted in the Colorado District Court, Denver County, for the offense Criminal Possession of a Financial Device-2 or More Devices, a Class 6 Felony in violation of C.R.S. 18-5-903(1),(2)(b), for which he was sentenced to a term of fours years of community corrections. Case No. 2014CR1955

9. On March 7, 2016, Oscar DURON-De Luna was convicted in the Colorado District Court, Douglas County, for the offense of Aggravated Motor Vehicle Theft - $20,000 or less, a Class 5 Felony in violation of C.R.S. 18-4-409(2),(3)(a), for which he was sentenced to a term of four years of probation. On May 7, 2017, probation was revoked and Oscar DURON-De Luna was re-sentenced to three years of community corrections. Case No. 2014CR291

10. On September 25, 2014, Oscar DURON-De Luna was convicted in the United States District Court, District of Colorado, for the offense of Illegal Reentry of Previously Removed Alien Following a Felony Conviction, a felony in violation of 8 U.S.C. 1326(a) and (b)(1), for which he was sentenced to a term of six months in the U.S. Bureau of Prisons. Case No. 14-cr-00307-PAB

11. On November 3, 2010, Oscar DURON-De Luna was convicted in the Colorado District Court, Adams County, for the offense of Theft, $20,000 or More, a Class 3 Felony in violation of C.R.S. 18-4-401(1),(2)(d), for which he was sentenced to a term of four years of probation. Case No. 2009CR346

12. On August 22, 2007, Oscar DURON-De Luna was convicted in the Colorado District Court, Denver County, for the offense of Criminal Impersonation to Gain a Benefit, a Class 6 Felony in violation of C.R.S. 18-5-113(1)(e), for which he was sentenced to a term of 18 months of probation. On July 1, 2008, probation was revoked and Oscar DURON-De Luna

was re-sentenced to 30 days jail with an additional two years of probation. Case No. 2005CR4623

13. On August 20, 2007, Oscar DURON-De Luna was convicted in the Colorado District Court, Denver County, for the offense of First-Degree Tampering, a Class 1 Misdemeanor in violation of C.R.S. 18-4-505, for which he was sentenced to a term of two years of probation. On July 1, 2008, probation was revoked and Oscar DURON-De Luna was re-sentenced to 30 days jail with an additional two years of probation. Case No. 2006CR2702.

I, Shawna Weir, being duly sworn according to law, depose and say that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information and belief.

s/ *Shawna Weir*
Shawna Weir, Deportation Officer
IMMIGRATION AND CUSTOMS ENFORCEMENT

Submitted, attested to, and acknowledged by reliable electronic means
on this  26th  day of October 2022.

_____
THE HON. JAMES P. O'HARA
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF COLORADO

**Affidavit reviewed and submitted by Albert Buchman, Assistant United States Attorney.**