# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | | |
| | ) | | |
| Oscar DURON-De Luna | ) | Case No. | 22-mj-00178-JPO |
| *Defendant* | ) | | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Oscar DURON-De Luna, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal Re-entry After Deportation, in violation of 8 U.S.C. § 1326(a)

Date: October 26, 2022

*James P. O'Hara*

*Issuing officer's signature*

City and state: Denver, CO

Magistrate Judge James P. O'Hara

*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*