AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>OSCAR DURON-DE LUNA,<br>a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal,<br>Eduardo Diaz, Tomas Duron-De Luna, Oscar Duron<br>Munos, Saul Muranda, and Juan Gonzalez-Solis<br><br>*Defendant* | )<br>)<br>) Case No. 22-cr-00327-RM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   OSCAR DURON-DE LUNA, a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal, Eduardo Diaz,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

08 USC § 01326b2

Date: 11/01/2022

s/ S. Dunbar
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk U.S. District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*