IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 22-cr-00327-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     OSCAR DURON-DE LUNA,
   a/k/a Oscar Duron,
   a/k/a Oscar de Luna,
   a/k/a Carlos Carbajal,
   a/k/a Eduardo Diaz,
   a/k/a Tomas Duron-De Luna,
   a/k/a Oscar Duron Munos,
   a/k/a Saul Muranda, and
   a/k/a Juan Gonzalez-Solis,

    Defendant.

_____

**MOTION FOR SPECIAL ASSIGNMENT**
_____

The United States of America, by and through the undersigned Assistant United States Attorney, files this Motion for Special Assignment pursuant to Rule 50.1(a) of the Local Rules of Criminal Practice. As grounds:

On October 25, 2022, Judge Rodriguez dismissed the indictment in *United States v. Oscar Duron-De Luna*, District of Colorado Case No. 22-CR-00018-RMR, ECF No. 1, *without prejudice*, due to a speedy trial violation. ECF No. 51.

This new case is a reindictment of the dismissed indictment, ECF No. 1. The government asserts good cause exists to specially assign this case to Judge Rodriguez, given the litigation that has occurred in the previous case. Thus, the government respectfully requests that the present case be specially assigned.

Dated this 1st day of November, 2022.

                Respectfully submitted,

                COLE FINEGAN
                United States Attorney


By:   *s/ Albert Buchman*
       Albert Buchman
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California St., Ste. 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0406
       E-mail: al.buchman@usdoj.gov
       *Attorney for the Government*

CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of November, 2022, I electronically filed the foregoing **MOTION FOR SPECIAL ASSIGNMENT** using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                              *s/Lauren Timm*
                                              Lauren Timm
                                              Legal Assistant