## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Action No. 22-cr-00327-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. OSCAR DURON-DE LUNA
   a/k/a Oscar Duron,
   a/k/a Oscar de Luna,
   a/k/a Carlos Carbajal,
   a/k/a Eduardo Diaz,
   a/k/a Tomas Duron-De Luna,
   a/k/a Oscar Duron Munos,
   a/k/a Saul Muranda, and
   a/k/a Juan Gonzalez-Solis,

    Defendant.

---

## ORDER OF REASSIGNMENT

---

    This matter comes before the Court on the Motion for Special Assignment (ECF No. 6). After consideration of the Motion, as well as the docket in 22-cr-00018-RMR, the Motion is GRANTED.

    The Clerk of Court is directed to reassign this case directly to Judge Regina M. Rodriguez. All future pleadings should be designated as 22-cr-00327-RMR.

    DATED this 2nd day of November, 2022.

                                                BY THE COURT:

                                                RAYMOND P. MOORE
                                                United States District Judge