IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00327-RMR

UNITED STATES OF AMERICA,

       Plaintiff,

v.

OSCAR DURON-DE LUNA,

       Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Oscar Duron-De Luna.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I certify that on December 2, 2022, I electronically filed the foregoing ***Notice of Appearance*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert Buchman, Assistant U.S. Attorney
    Email: al.buchman@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Oscar Duron-De Luna (via mail)

                          */s/ Matthew K. Belcher*
                          MATTHEW K. BELCHER
                          Assistant Federal Public Defender