AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
OF COLORADO

2022 DEC -5 AM 11:18

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OSCAR DURON-DE LUNA, | ) | Case No. 22-cr-00327-RM |
| a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal, | ) | |
| Eduardo Diaz, Tomas Duron-De Luna, Oscar Duron | ) | |
| Munos, Saul Muranda, and Juan Gonzalez-Solis | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   OSCAR DURON-DE LUNA, a/k/a Oscar Duron, Oscar de Luna, Carlos Carbajal, Eduardo Diaz,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

08 USC § 01326b2


Date:  __11/01/2022__         __s/ S. Dunbar__
                                                        *Issuing officer's signature*

City and state:   __Denver, Colorado__         __Jeffrey P. Colwell, Clerk U.S. District Court__
                                                                    *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 11/1/22, and the person was arrested on *(date)* 12/2/22 at *(city and state)* Denver, CO. | |
| Date: 12/2/22 | _____ *Arresting officer's signature* |
| | P. Bliss DEO/USMS Denver *Printed name and title* |