IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00327-RMR

UNITED STATES OF AMERICA,

      Plaintiff,

v.

OSCAR DURON-DE LUNA,

      Defendant.

---

**UNOPPOSED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE**

---

Defendant, Oscar Duron-De Luna, through undersigned counsel, requests that this Court extend the pretrial motions deadline from December 27, 2022, to December 29, 2022. In support thereof, undersigned counsel would show as follows:

1. Currently, pretrial motions are due by December 27, 2022, and response motions are due by January 9, 2023.

2. Undersigned counsel and counsel for the government are currently engaged in pretrial negotiations that appear likely to result in a pretrial disposition. However, in the event that these negotiations falter, undersigned counsel would like to reserve Mr. Duron-De Luna's right to pursue pretrial motions, which are due today.

3. Undersigned counsel has conferred with counsel for the government, Albert Buchman, who indicated that he is not opposed to extending the pretrial motions deadline to December 29, 2022.

4. The parties believe that the likelihood of a pretrial disposition will be known prior to December 29, 2022. However, in the event that discussions are ongoing, undersigned counsel is prepared to file a motion requesting a continuance by December 29, 2022.

5. In addition to extending the pretrial motions deadline, undersigned counsel would request that the Court extend the response motions deadline from January 9, 2023, to January 11, 2023.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I certify that on December 27, 2022, I electronically filed the foregoing *Unopposed Motion to Extend Pretrial Motions Deadline* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert Buchman, Assistant U.S. Attorney
    Email:  al.buchman@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Oscar Duron-De Luna (via mail)

                              */s/ Matthew K. Belcher*
                              MATTHEW K. BELCHER
                              Assistant Federal Public Defender