IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-cr-00327-RMR

UNITED STATES OF AMERICA,

        Plaintiff,

v.

OSCAR DURON-DE LUNA,

        Defendant.

## NOTICE OF DISPOSITION

        Defendant, Oscar Duron-De Luna, through undersigned counsel, notifies this Court that a disposition has been reached in this case with the government.

        Mr. Duron-De Luna affirms that a Change of Plea Hearing is set for January 27, 2023, at 10:00 a.m. before this Court.

        Respectfully Submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        */s/ Matthew K. Belcher*
        MATTHEW K. BELCHER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO 80202
        Telephone: (303) 294-7002
        Fax: (303) 294-1192
        Email: Matthew_Belcher@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on December 29, 2022, I electronically filed the foregoing *Notice of Disposition* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Albert C. Buchman, Assistant U.S. Attorney
    Email:  al.buchman@usdoj.gov

and I will mail or serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Oscar Duron-De Luna (via mail)

    */s/ Matthew K. Belcher*
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    Office of the Federal Public Defender