IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Charlotte N. Sweeney**

| | |
|---|---|
| Criminal Action No.: 22-cr-00327-RMR-1 | Date: January 27, 2023 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Terri Lindblom |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Albert Buchman |
| Plaintiff, | |
| v. | |
| 1. OSCAR DURON-DE LUNA, | Matthew Belcher |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA HEARING**

**10:01 a.m.**   Court in session.

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

The Plea Agreement (Court Exhibit 1), and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2), are tendered to the court.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters a plea of guilty to Count One of the Indictment.

Court states its findings of fact and conclusions of law.

**ORDERED:**   Court Exhibits 1 and 2 are admitted.

**ORDERED:**   Defendant's plea of guilty is accepted.

**ORDERED:** The Court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:** The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:** Sentencing is set for April 14, 2023, at 1:00 p.m. in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:** Trial set for February 6, 2023, in Courtroom A901 before Judge Regina M. Rodriguez, and all dates other than the Sentencing date are VACATED.

**ORDERED:** Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.

**ORDERED:** Defendant is remanded to the custody of the U. S. Marshal.

10:26 a.m.    Court in recess.

Hearing concluded.
Total time in court:    00:25