IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.:  22-cr-00327-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSCAR DURON-DE LUNA,

    Defendant.

---

**MOTION TO GRANT THE DEFENDANT AN ADDITIONAL ONE-LEVEL DECREASE PURSUANT TO USSG § 3E1.1(b)**

---

The United States, at sentencing, and as a condition thereof, moves the Court for an order granting the defendant an additional one-level decrease in the offense level for acceptance of responsibility pursuant to United States Sentencing Guidelines Section 3E1.1(b).

\\

\\

1

The defendant's agreement to plead guilty and timely notice permitted the government to avoid preparing for trial and permitted both the government and the Court to allocate their resources more efficiently

Dated:   March 28, 2023

                                                  Respectfully submitted,

                                                  COLE FINEGAN
                                                  United States Attorney

                                  By:    *s/ Albert Buchman*
                                                  ALBERT BUCHMAN
                                                  Assistant United States Attorney
                                                  1801 California St., Suite 1600
                                                  Denver, Colorado 80202
                                                  Phone:   (303) 454-0203
                                                  Fax:   (303) 454-0405
                                                  E-mail: al.buchman@usdoj.gov
                                                  Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

*s/ Lauren Timm*
LAUREN TIMM
Legal Assistant
United States Attorney's Office