IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 22-cr-00327-RMR-1 | Date: April 14, 2023 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Terri Lindblom |
| Probation Officer: Ryan Kinsella | |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Valeria Spencer |
|    Plaintiff, | |
| v. | |
| OSCAR DURON-DE LUNA, | Matthew Belcher |
|    Defendant. | |

## COURTROOM MINUTES

**SENTENCING**

**1:01 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendant present in custody.

Defendant sworn.

Discussion and argument regarding objections to the presentence report, pending motions, and sentencing recommendation.

Statement by the Court regarding defendant's offense level, criminal history level, and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility [ECF No. 29] is GRANTED.

**ORDERED:**   Defendant shall be imprisoned for 60 months to be served concurrently with the sentence imposed in Case No. 17-cr-00202-PAB. Upon release from imprisonment, defendant shall be placed on supervised release for a term of 3 years.

**ORDERED:**   Conditions of Supervised Release, as stated on record.

**ORDERED:**   Defendant shall pay a $100.00 Special Assessment fee, to be paid immediately.  No fine is imposed.

**ORDERED:**   Defendant shall forfeit any interest in property, as stated on record, to the United States.

**ORDERED:**   Defendant is directed to surrender to the institution designated by the Bureau of Prisons within 15 days from the date of designation.

Defendant advised of right to appeal.

The Court recommends that the Bureau of Prisons place the Defendant at FCI Victorville.

**1:23 p.m.**      **Court in recess.**

Hearing concluded.
Total time in court:    00:22